# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS

**United States District Court**
**Southern District of New York**

Mag. Dkt. No. 26 MJ 2704 Date 10/29/2026

USAO No. 2026R00642

The Government respectfully requests the Court to dismiss without prejudice the

✓ Complaint   Removal Proceedings in

*United States v.* Juan David Montoya-Laverde

The Complaint/Rule 40 Affidavit was filed on 7/8/2026

*U.S. Marshals please withdraw warrant*

PATRICIA REVILLE Digitally signed by PATRICIA REVILLE Date: 2026.10.29 13:37:20 -04'00'

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

(print name if signature handwritten)

**SO ORDERED:**

DATE: 11-4-2026

Judith C. McCarthy

UNITED STATES MAGISTRATE JUDGE